E-FILED
Monday, 22 August, 2005  11:47:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
AUG 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 05-40102 |
| v. | ) | |
| | ) | VIO: Title 18, United States Code, |
| BENNIE LEROY CARRUTHERS, JR., | ) | Section 922(g). |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 24, 2005, at Rock Island, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**BENNIE LEROY CARRUTHERS, JR.,**

having been previously convicted under the laws of the State of Illinois of the crimes of being a felon in possession of a firearm, obstruction of justice, possession of a controlled substance, manufacturing/delivering 1-15 grams of cocaine, and possession of a controlled substance, all crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson .357 revolver, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL

S/Foreperson
_____
FOREPERSON

_____
JAN PAUL MILLER
UNITED STATES ATTORNEY
JKM