E-FILED
Tuesday, 30 August, 2005   10:54:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 05-40102 |
| BENNIE LEROY CARRUTHERS, JR., | ) ) ) |
| Defendant. | ) |

FILED
AUG 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

COMES NOW the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and John Mehochko, Assistant United States Attorney, and moves this Court for an Order unsealing the Indictment and Arrest Warrant filed in the above matter. In support of this request, the government hereby states:

1. On August 19, 2005, an Indictment was returned and filed, and Arrest Warrant issued, in the above-captioned matter.

2. The Defendant is currently in state custody in the Rock Island County Jail on related felon in possession of a firearm charges in Rock Island County Circuit Court.

3. The government requests that the pending federal Indictment and Arrest Warrant involving the above-captioned defendant be unsealed so that they may be provided to the Rock Island County State's Attorney's Office in order to secure the dismissal of the pending state charges and enable the federal prosecution of the defendant in the above-captioned matter to proceed.

WHEREFORE, the government respectfully requests that the Indictment and Arrest Warrant filed in the above matter be unsealed.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY: *[signature]*

John K. Mehochko
Assistant United States Attorney
1830 Second Avenue, Third Floor
Rock Island, Illinois 61201
Telephone (309) 793-5884