IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05- 40102 |
| ) | |
| BENNIE LEROY CARRUTHERS, JR., ) | |
| ) | |
| Defendant. ) | |

FILED
AUG 3 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ORDER UNSEALING INDICTMENT AND ARREST WARRANT

The Court, having been advised that charges are currently pending in Rock Island County Circuit Court against the Defendant herein, and that the government requests that the Indictment and Arrest Warrant be unsealed to secure the dismissal of the pending state charges and enable the federal prosecution of the defendant in the above-captioned matter to proceed, hereby ORDERS that the Indictment and Arrest Warrant filed in this matter be unsealed.

Dated: August 30, 2005

S/Thomas J. Shields

THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE