# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    Plaintiff )
 )
 ) CASE NO. 05-40102
 )
Bennie Leroy Carruthers, Jr )
    Defendant )

**FILED**
SEP 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:15 a.m.** on **Friday, 10/07/2005** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **TUESDAY, 11/08/2005**

at

[ ] Peoria, Illinois

[ X ] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of September, 2005.

           S/Thomas J. Shields
           _____

           THOMAS J. SHIELDS
           U.S. MAGISTRATE JUDGE

0540102 Carruthers 0901