**E-FILED**
Friday, 02 September, 2005  11:53:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
        Plaintiff,                         :     No. _OS-40102_____

                                           :
        vs.  Dennie LeRoy Carruthers, Jr.,  :     ORDER OF DETENTION PENDING TRIAL
        Defendant.                         :

**FILED**

SEP  2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

On _9/2/05_ a detention hearing was held/waived. Appearing were: Defendant personally,
AUSA _John Mehochko_ and _George Taseff_ Based upon
the evidence presented, the Court FINDS:

There is probable cause to believe defendant has committed an offense as charged:

_____ under 18 U.S.C. § 924(c);
_____ for which the maximum term of imprisonment is 10 years or more, in violation of 21
        U.S.C. § 841/846/_____.
_____ Defendant has not rebutted the presumption of detention allowed by 18 U.S.C. § 3142(e).
___✓___ There is a serious risk defendant will not appear.
___✓___ There is a serious risk that the Defendant will endanger the safety of another person or the
        community.

**Reasons for Detention:**  The Court has considered conditions or combination of conditions of release
outlined in 18 U.S.C. § 3142(c) and finds by a preponderance of the evidence (or clear and convincing evidence)
that defendant should be detained due to the following factors pursuant to 18 U.S.C. § 3142(g):

___✓___ Nature and circumstances of the offense: _Alleged felon in possession of a_
        _firearm_
_____ crime of violence
_____ narcotics
___✓___ Weight of the evidence: _____

_____ Family ties:_____

_____ Community ties/length of residence:_____

_____ Employment:_____

_____ Substance abuse history: _____

___✓___ Criminal history/court appearances: _Prior drug-related felony_
        _convictions_

_____ On probation/supervision at the time of the offense.

The Court has determined that there are no conditions or combination of conditions which reasonably assure the
appearance of the defendant and/or any other person or the safety of the community.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections
facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The
defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United
States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the
United States marshal for the purpose of an appearance in connection with a court proceeding.

**APPEAL:**  Defendant may file an appeal of the detention order to a district court judge.  Defendant may request
reconsideration of this order if additional facts become available.

Dated: _September 2, 2005_            S/Thomas J. Shields
                                      _____
                                      Thomas J. Shields
                                      United States Magistrate Judge