E-FILED
Wednesday, 07 September, 2005 02:36:41 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 05-40102 |
| ) | |
| BENNIE L. CARRUTHERS, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Now come George F. Taseff and the Office of the Federal Public Defender for the Central District of Illinois, and move this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant, BENNIE L. CARRUTHERS, JR., in the above-entitled cause on the ground that the undersigned counsel have a conflict of interest in representing the Defendant in this cause based upon counsels' representation of another party in another case.

RICHARD H. PARSONS,
Chief Federal Public Defender

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. John Mehochko, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

I further certify that on September 7, 2005, I mailed a copy of the foregoing instrument to Mr. Bennie L. Carruthers, Jr., c/o Rock Island County Jail, 1317 Third Avenue, Rock Island, IL 61201.

/s/George F. Taseff
Ill. Bar Number: 6180419
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX:   309/671-7898
Email: george_taseff@fd.org