**E-FILED**
Monday, 19 September, 2005  02:30:09 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **CASE No. 05-40102** |
| | ) | |
| **BENNIE LEROY CARRUTHERS, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION TO WITHDRAW

NOW COMES, HERBERT F. SCHULTZ, JR., of the Law Firm of SCHULTZ & SCHULTZ, who in support of his Motion to Withdraw as Counsel of Record states as follows:

1.   THAT on September 12, 2005, the court appointed HERBERT F. SCHULTZ, JR., to represent the Defendant;

2.   THAT the Defendant is currently in the Rock Island County Jail;

3.   THAT HERBERT F. SCHULTZ, JR, has previously represented potential witnesses to be called in this matter;

4.   THAT the granting of this motion will not delay this case or otherwise be inequitable or unjust.

WHEREFORE, HERBERT F. SCHULTZ, JR. prays he be allowed to withdraw as attorney of record for Defendant, BENNIE LEROY CARRUTHERS, JR., and that this Honorable Court appoint subsequent counsel to represent the Defendant.

Respectfully submitted:

S/ HERBERT F. SCHULTZ JR.

Herbert F. Schultz, Jr.
SCHULTZ & SCHULTZ
224 - 18th Street, Suite 300
Rock Island, IL  61201
Telephone:    309/788-4539
Fax:          309/788-7597
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
PLAINTIFF

VS.

BENNIE LEROY CARRUTHERS, JR.,

Defendant.

CRIMINAL CASE NO. 05-cr 40102

**<u>CERTIFICATE OF SERVICE</u>**

I, HERBERT F. SCHULTZ, JR., certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: John K. Mehochko

Notice delivered by US Mail:

Bennie Leroy Carruthers, Jr., Rock Island County Jail, Rock Island IL 61201

<u>S/ Herbert F. Schultz, Jr.</u>
Attorney for Defendant