**E-FILED**

Tuesday, 20 September, 2005 10:52:49 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**SEALED**

**FILED**

SEP 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| VS | ) | |
| | ) | **CASE NO. 05-40102** |
| Bennie Leroy Carruthers Jr. | ) | |
| | ) | |
| Rock Island, IL 61201 | ) | |
| Defendant | ) | |

TO:    THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Bennie Leroy Carruthers Jr.,and

bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her

with Felon In Possession Of a Firearm in violation of Title 18, United States Code, Section(s) 922(g).

**JOHN M. WATERS**
Name of Issuing Officer

s/ John M. Waters

_____
**Signature of Issuing Officer**

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

8/22/05 at Rock Island, IL
Date and Location

**RECEIVED**
US MARSHALS SERVICE
CENTRAL ILLINOIS
2005 AUG 26 P 4: 45

Bail fixed at $ <u>None</u> by Magistrate Judge John A. Gorman.

| RETURN | | Rock Island Co, IL |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| Date Received 8-26-05 | Name of Arresting Officer Mark Bartamule | Signature of Arresting Officer |
| Date of Arrest 8-30-05 | Title of Arresting Officer ATF | mark [signature] |