E-FILED
Wednesday, 15 February, 2006  02:41:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 1 5 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILL.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-40102 |
| BENNIE L. CARRUTHERS, Jr., | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Bennie L. Carruthers, Jr., by and through his attorney, Donovan S. Robertson, and for his Motion to Continue Sentencing Hearing, states to the Court as follows:

1. Sentencing in this case is currently set for March 3, 2006 at 11:00 A.M.

2. The pre-sentence has been disclosed by the probation office.

3. Counsel has reviewed the report and discussed it with Mr. Carruthers, but needs more time to review it with his client to formula objections and review the criminal history.

4. Counsel for the defendant has discussed this motion with the attorney for the government, John Mehochko, and he has no objections to the motion.

5. Counsel has likewise informed Ms. Seaton-Ewers of U.S. Probation, who likewise has no objections.

6. This request is in the interest of justice.

WHEREFORE, the Defendant, Bennie L. Carruthers, respectfully request that sentencing be continued for a period of three to six weeks.

Bennie L. Carruthers, Defendant

By: _____
Donovan S. Robertson
Attorney for Defendant

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 15 20 06
By: ☒ U.S. Mail       ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☐ Other
Signature _____

DONOVAN S. ROBERTSON
115 17TH STREET
ROCK ISLAND, IL 61201
(309) 793-4005