IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-40102 |
| BENNIE L. CARRUTHERS, JR. | ) | |
| Defendant. | ) | |

FILED
APR 13 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF APPEAL

Notice is hereby given that Bennie L. Carruthers, Jr., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the final judgment entered by the district court on April 10, 2006.

Bennie L Carruthers, Jr. Defendant


/s/ Donovan S. Robertson
Donovan S. Robertson
Attorney for Bennie L. Carruthers, Jr.


DONOVAN S. ROBERTSON
100 - 17th Street, Suite 405
Rock Island, IL 61201
(309) 793-4005

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served to all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _April 13_ 20_06_.
By: ☒ U.S. Mail      ☐ FAX
    ☐ Hand Delivered ☐ Overnight Courier
    ☐ Certified Mail ☐ Other
Signature _Denise Phillips_