*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 05-40102

Division: Rock Island

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

USA                             v.     Bennie Carruthers Jr.

---

**Current Counsel for Plaintiff (Petitioner):**   **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: John Mehochko                          Name: Donovan Robertson

Firm: U.S. Attorney's Office                 Firm: Robertson & Conklin

Address: 1830 2nd Ave.                       Address: 115 17th St.

Rock Island, IL  61201                       Rock Island, IL  61201

Phone: 309-793-5884                          Phone: 309-793-4005

---

Judge: Joe B. McDade                         Nature of Suit Code:

Court Reporter: Nancy Mersot                 Date Filed in District Court:  8/19/05

                                             Date of Judgment: 4/10/06

                                             Date of Notice of Appeal: 4/13/06

Counsel:  _X__Appointed     ___Retained    ___Pro Se

Fee Status:   ___Paid      ___Due     _X__IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): 13761-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**