E-FILED
Thursday, 27 April, 2006 09:51:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850

**FILED**

APR 26 2006

JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.: 06-2074               Docketed on: 4/14/06  
Short Caption:      USA v. Carruthers, Bennie L  
District Court Judge: Joe Billy McDade  
District Court No.: 05 CR 40102

If you have any questions regarding this appeal, please call this office.

(1003-012490)