# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE RE: DEFENDANT'S COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW UNDER
CIRCUIT RULE 51(b)

**FILED**

JAN 2 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: January 23, 2007

To:
Bennie L. Carruthers Jr.
UNITED STATES PENITENTIARY
#13761-026
P.O. Box 12015
Terre Haute, IN 47801

DISTRICT COURT CLERK'S OFFICE:
This appeal is now ready for oral argument (or submission without oral argument). Pursuant to Circuit Rule 11(a) the record is to be transmitted to the Clerk's Office of this court immediately.
                                U.S.C.A. Clerk

You are the appellant in a case now pending in this court:

No. 06-2074

UNITED STATES OF AMERICA,
        Plaintiff - Appellee
   v.

BENNIE L. CARRUTHERS, JR.,
        Defendant - Appellant


Appeal from the United States District Court for the
Central District of Illinois
No. 05 CR 40102, Joe Billy McDade, Judge


   Your attorney filed a brief on 1/23/07, stating a belief
that your appeal is frivolous and requesting permission to
withdraw from the case. Please be advised as follows:

  1. You have 30 days from the date this notice was mailed in
     which to raise any points that you choose which show why
     your conviction should be set aside.
  2. If you do not respond within the 30 days, the court may
     affirm or dismiss your appeal. An affirmance or dismissal
     would mean that your case would be finally decided against
     you.
  3. If you want to make a showing why the court should not
     affirm or dismiss your appeal and believe that there is
     a very good reason why you will not be able to file your
     objections with the court within the 30-day limit, you
     should <u>immediately</u> write to the court and ask for additional
     time up to 30 days. If additional time is granted, you
     must file your reasons why the court should not affirm or
     dismiss your appeal before your additional time expires.
  4. You do not have a right to another attorney unless this court
     finds that your showing requires that your case be further
     briefed or argued. If the court finds that your case should

be further briefed or argued, an attorney will be appointed for you who will argue your appeal.

If you want to write to this court, you should address your letters to:
>    Clerk of the Court
>    United States Court of Appeals
>    219 South Dearborn Street, Room 2722
>    Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of your case.

Attorney for appellant:

Donovan S. Robertson
Suite 405
100 17th Street
Rock Island, IL   61201
309/793-4005

**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of this matter.

(1113-121897)