E-FILED
Monday, 29 January, 2007  03:54:02 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK  
40 POST OFFICE BUILDING  
211 - 19TH STREET  
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778  
FAX: 309.793.5878

Date: 1/29/07

Mr. Gino Agnello, Clerk  
U.S. Court of Appeals  
For the Seventh Circuit  
219 S. Dearborn St., Room 2722  
Chicago, IL  60604

Re: __USA__   v   __Bennie Carruthers__

D.C. Docket Number: __05-40102__  
USCA Docket Number __06-2074__

Dear Mr. Agnello,

I am sending you herewith the original/supplemental Record on Appeal. It consists of the following:

__1__   Volumes of Pleadings

_____   Volumes of Transcript

_____   Volumes of Depositions

_____   Sealed Documents

Exhibits: _____

Impounded Exhibits: _____

Other: __1 envelope consisting of PSR, Sentencing Rec and Statement of Reasons__

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very Truly Yours,  
John M. Waters, Clerk

By: __S/Denise Koester__   Deputy Clerk