

E-FILED
Monday, 05 February, 2007 11:49:10 AM
Clerk, U.S. District Court, ILCD



FILED
FEB 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Date: 1/29/07

Mr. Gino Agnello, Clerk
U.S. Court of Appeals
For the Seventh Circuit
219 S. Dearborn St., Room 2722
Chicago, IL  60604

06-2074

U.S.C.A. - 7th Circuit
RECEIVED
JAN 31 2007
GINO J. AGNELLO
CLERK

Re: __USA__ v __Bennie Carruthers__

D.C. Docket Number: __05-40102__
USCA Docket Number __06-2074__

Dear Mr. Agnello,

I am sending you herewith the original/supplemental Record on Appeal. It consists of the following:

__1__   Volumes of Pleadings

_____   Volumes of Transcript

_____   Volumes of Depositions

_____   Sealed Documents

Exhibits: _____

Impounded Exhibits: _____

Other: __1 envelope consisting of PSR, Sentencing Rec and Statement of Reasons__

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very Truly Yours,
John M. Waters, Clerk

By: __S/Denise Koester__ Deputy Clerk