**E-FILED**

Tuesday, 22 May, 2007  09:42:37 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604
**NOTICE OF ISSUANCE OF MANDATE**

DATE:   May 10, 2007

TO:    John M. Waters
       United States District Court
       Central District of Illinois
       Room 40
       211 - 19th Street
       Rock Island, IL  61201

**FILED**

MAY 2 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Clerk of the Court

RE:    06-2074
       USA v. Carruthers, Bennie L
       05 CR 40102, Joe Billy McDade, Judge

       Herewith is the mandate of this court in this appeal, along
       with the Bill of Costs, if any.  A certified copy of the
       opinion/order of the court and judgment, if any, and any
       direction as to costs shall constitute the mandate.

       [ ] No record filed
       [X] Original record on appeal consisting of:
**ENCLOSED:**                          **TO BE RETURNED AT LATER DATE:**
       [1]      Volumes of pleadings                   [ ]
       [ ]      Volumes of loose pleadings             [ ]
       [ ]      Volumes of transcripts                 [ ]
       [ ]      Volumes of exhibits                    [ ]
       [ ]      Volumes of depositions                 [ ]
       [1]      In Camera material                     [ ]
       [ ]      Other_____         [ ]

                Record being retained for use          [ ]
                in Appeal No. _____

       Copies of this notice sent to:       Counsel of record
       [X]     United States Marshal
       [X]     United States Probation Office
**NOTE TO COUNSEL:**
       If any physical and large documentary exhibits have been filed in
       the above-entitled cause, they are to be withdrawn ten days from the
       date of this notice.  Exhibits not withdrawn during this period will
       be disposed of.

       Please acknowledge receipt of these documents on the enclosed copy
       of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       Received above mandate and record, if any, from the Clerk, U.S.
       Court of Appeals for the Seventh Circuit.
Date:  5/22/07                              S/Denise Koester
(1071-120397)                       Deputy Clerk, U.S. District Court